**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-2370**

JAMES MACKLIN,

            Plaintiff - Appellant,

      v.

MIRANT SERVICES, L.L.C.,

            Defendant - Appellee,

      and

POTOMAC ELECTRIC POWER COMPANY,

            Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, Senior District Judge.  (CA-05-555-1)

Submitted:  March 13, 2008          Decided:  April 8, 2008

Before WILKINSON, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Timothy B. Fleming, Keir S. Bickerstaffe, WIGGINS, CHILDS, QUINN & PANTAZIS, P.L.L.C., Washington, D.C., for Appellant.  Neal D. Mollen, Carson H. Sullivan, Courtney Mueller, PAUL, HASTINGS, JANOFSKY & WALKER, L.L.P., Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Macklin appeals from the district court's order granting summary judgment in favor of his former employer, Mirant Services, L.L.C., on his Title VII complaint alleging race discrimination and retaliation. We have reviewed the record included on appeal and the parties' briefs and have found no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Macklin v. Mirant Servs., L.L.C., No. CA-05-555-1 (E.D. Va. filed Nov. 4, 2005 & entered Nov. 9, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED